### L. Rosenweig v. John McDermaid.

#### Gen. No. 4,850.

EXCEPTION—*what essential to review judgment in a case tried
by court without a jury.* In a case tried by the court without .
a jury, an exception to the rulings upon the admission of evidence
cannot be considered upon appeal unless an exception was taken
to the judgment.

Forcible entry and detainer. Appeal from the County Court of
Winnebago county; the Hon. LOUIS M. RECKHOW, Judge, presiding.
Heard in this court at the April term, 1907. Affirmed. Opinion
filed August 6, 1907.

A. D. EARLY, for appellant.

FISHER & WORTH, for appellee.

MR. JUSTICE THOMPSON delivered the opinion of the
court.

This is an action of forcible entry and detainer
originally brought by appellee before a justice of the
peace.  The defendant, appellant here, took an appeal
from the judgment of the justice to the County Court.
In the County Court a jury was waived.  The case
was tried before the judge and a judgment rendered
in favor of plaintiff.  Neither the abstract nor the
bill of exceptions contains any exception to the find-
ings or judgment of the court and no exception was
taken to the rulings upon the propositions of law pre-
sented by appellant.  In a case tried without a jury

an exception to a ruling upon the admission of testimony cannot be considered upon an appeal unless an exception was taken to the judgment. East St. Louis Electric R. R. Co. v. Cauley, 148 Ill. 490; Hawley v. Huth, 114 Ill. App. 29. There being no question presented by this record for our consideration, the judgment is therefore affirmed.

*Affirmed.*